**B.C. BARMANN, SR., COUNTY COUNSEL**
**COUNTY OF KERN, STATE OF CALIFORNIA**
**By Jennifer L. Thurston, Deputy (Bar # 191821)**
**Administrative Center**
**1115 Truxtun Avenue, Fourth Floor**
**Bakersfield, California 93301**
**Telephone:  (661) 868-3800**
**Facsimile:   (661) 868-3805**

**Attorney for Defendants, COUNTY OF KERN**
**KERN COUNTY SHERIFF'S DEPARTMENT,**
**RICHARD GARRETT and JAMES RUPE**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MATTHEW MONTAGUE, | CASE NO. 1:06-CV-00396-OWW-TAG |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER CONTINUING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |
| COUNTY OF KERN, KERN COUNTY SHERIFF'S DEPARTMENT; DEPUTY RICHARD GARRETT; DEPUTY J RUPE and DOES 1-10, inclusive | Current Date:   July 9, 2007 |
| Defendants. | Proposed Date: July 30, 2007<br>Time:            10:00 a.m.<br>Courtroom:    3 |

Counsel for the plaintiff, Joseph H. Low IV, Esq., and Jennifer L. Thurston, Deputy County Counsel, for defendants County of Kern, Kern County Sheriff's Department, Deputy Richard Garrett, and Deputy J. Rupe, hereby stipulate that the Defendants' Motion for Summary Judgment presently scheduled to be heard on July 9, 2007, may be continued to July 30, 2007, at 10:00 a.m., in Courtroom 3 of the United States District Court, before the Honorable Oliver W. Wanger, U.S. District Judge.

The parties are requesting the continuance because the Defendants' Motion for Summary Judgment which was originally scheduled to be heard on June 18, 2007, was

/ / /

1

Stipulation and Order Continuing Defendants' Motion for Summary Judgment

1  continued to July 9, 2007, by the Court due to the press of business.  Counsel for
2  Defendants, Jennifer L. Thurston, Deputy County Counsel, will be out of the country on
3  July 9, 2007.
4
5  Dated: June 11, 2007                LAW FIRM OF JOSEPH H. LOW IV
6
7                                      By /s/ Joseph H. Low
                                           Joseph H. Low IV
                                           Attorneys for Plaintiff
8
9  Dated: June 11, 2007                B. C. BARMANN, SR., COUNTY COUNSEL
10
11                                     By /s/ Jennifer L. Thurston
                                           Jennifer L. Thurston, Deputy
                                           Attorneys for County of Kern, Kern County
12                                         Sheriff's Department, Richard Garrett and
                                           James Rupe
13
14
15                                  **ORDER**
16      The Court having read the foregoing Stipulation and good cause appearing
17  therefore, IT IS HEREBY ORDERED that the Defendants' Motion for Summary Judgment
18  in this matter currently scheduled for July 9, 2007 is hereby continued until July 30, 2007,
19  at 10:00 a.m. before the Honorable Oliver W. Wanger, U.S. District Judge.
20
21
22
23
24
25
    06cv396.stip.cont.wpd IT IS SO ORDERED.
26
    **Dated:   June 12, 2007**              /s/ Oliver W. Wanger
27                                          UNITED STATES DISTRICT JUDGE
28

Stipulation and Order Continuing Defendants' Motion for Summary Judgment