

FILED

JUL 0 6 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
             DEPUTY CLERK

1  Joseph Hawkins Low IV (SBN. 194897)
   THE LAW FIRM OF JOSEPH H. LOW IV
2  One World Trade Center
   Suite 2320
3  Long Beach, CA 90831
   (562) 901-0840
4  (562) 901-0841 Facsimile

5

6  Attorney for Plaintiff, Matthew Montague

7

8                   UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11 | MATTHEW MONTAGUE,              )  CASE NO. 1:06-CV-00396-OWW-TAG
                                    )
12 |        Plaintiff,              )  The Honorable Oliver W. Wanger,
                                    )
13 | vs.                            )
                                    )  JOINT STIPULATION TO CONTINUE
14 | COUNTY OF KERN; KERN COUNTY    )  TRIAL DATE
   | SHERIFF'S DEPARTMENT; DEPUTY   )
15 | RICHARD GARRETT; DEPUTY J. RUPE)  Current Date:   August 28, 2007
   | and DOES 1-10, Inclusive,      )
16 |                                )  Proposed Date: October 23, 2007
                                    )  Time:          10:00 a.m.
17 |        Defendants.             )  Courtroom:     3
                                    )
18                                  )
                                    )
19                                  )
                                    )
20 _____ )

21

22         Counsel for the plaintiff, Joseph H. Low IV, Esq., and Jennifer L. Thurston, Deputy

23  County Counsel, for defendants County of Kern, Kern County Sheriff's Department, Deputy

24  Richard Garrett, and Deputy J. Rupe, hereby stipulate to continue the Trial date to October 23,

25  2007, at 10:00 a.m., in Courtroom 3 of the United States District Court, before the Honorable

26  Oliver W. Wanger, U.S. District Judge. There have been no other requests to continue the Trial

27  date by either party. Grounds for the continuance are set forth in the declaration of Joseph H.

28  Low IV, submitted here with.

Dated: June 26, 2007  LAW FIRM OF JOSEPH H. LOW IV

By: /s/ Joseph H. Low IV
Joseph H. Low IV
Attorneys for Plaintiff

Dated: June 25, 2007  B. C. BARMANN, SR., COUNTY COUNSEL

By: /s/ Jennifer L. Thurston
Jennifer L. Thurston, Deputy
Attorneys for County of Kern, Kern County Sheriff's Department, Richard Garrett and James Rupe

## ORDER

The Court having read the foregoing Stipulation and good cause appearing therefore, IT IS HEREBY ORDERED that the trial in this matter currently scheduled for August 8, 2007 is hereby continued until October 23, 2007, at 10:00 a.m. before the Honorable Oliver W. Wanger, U.S. District Judge. NO FURTHER CONTINUANCES. /ow/

Dated: 7-3-07

_____
HONORABLE OLIVER W. WANGER
U.S. DISTRICT JUDGE

## DECLARATION OF JOSEPH H. LOW IV

I, Joseph H. Low IV, declare:

I am an attorney at the Law Firm of Joseph H. Low IV and counsel of record for plaintiff, Matthew Montague in this matter. The facts set forth herein are personally known to me, except where alleged on information and belief and if called as a witness I could testify competently thereto.

This declaration is in support of a joint stipulation to continue the trial date presently scheduled for August 28, 2007.

The reasons for said continuance are the following:

1. This motion is necessary on the grounds of the rapidly approaching trial date of August 28, 2007; and

2. In August, this declarant has two trials starting. The first is scheduled to begin on August 6, 2007, in Sacramento, Harden v. Glosl, Case No. 03AS06291. This case has already been continued several times. A second trial is scheduled to begin on August 13, 2007, in Yuma Arizona. Both parties agree that given this scheduling conflict, it would serve the interest of justice to continue the trial date to October 23, 2007, or as soon thereafter as the Court's calendar will permit, in order to promote the fair and efficient trial of this action.

There have been no other requests for continuance of the trial date.

By virtue of the foregoing reasons, plaintiff and defendants, through their counsel of record, have stipulated to continue the trial date subject to this Court's approval.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 26nd day of June, 2007 at Long Beach, California.

/s/ Joseph H. Low IV
JOSEPH H. LOW IV