1  **B.C. BARMANN, SR., COUNTY COUNSEL**
   **COUNTY OF KERN, STATE OF CALIFORNIA**
2  **By Jennifer L. Thurston, Deputy (Bar # 191821)**
   **Administrative Center**
3  **1115 Truxtun Avenue, Fourth Floor**
   **Bakersfield, California 93301**
4  **Telephone:  (661) 868-3800**
   **Facsimile:   (661) 868-3805**
5
   **Attorney for Defendants, COUNTY OF KERN**
6  **KERN COUNTY SHERIFF'S DEPARTMENT,**
   **RICHARD GARRETT and JAMES RUPE**
7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

| 11  MATTHEW MONTAGUE, | CASE NO.  1:06-CV-00396-OWW-TAG |
|---|---|
| 12        Plaintiff, | |
| 13  vs. | STIPULATION AND ORDER CONTINUING DEFENDANTS' |
| 14  COUNTY OF KERN, KERN COUNTY SHERIFF'S DEPARTMENT; DEPUTY | MOTION FOR SUMMARY JUDGMENT |
| 15  RICHARD GARRETT; DEPUTY J RUPE and DOES 1-10, inclusive | Current Date:      July 9, 2007 |
| 16        Defendants. | Proposed Date:   July 30, 2007<br>Time:                   10:00 a.m. |
| 17 | Courtroom:         3 |

18                                                  (NOTE TO COUNSEL: The time of the

19                                                  pretrial conference has been changed)

20

21     Counsel for the plaintiff, Joseph H. Low IV, Esq., and Jennifer L. Thurston, Deputy

22  County Counsel, for defendants County of Kern, Kern County Sheriff's Department, Deputy

23  Richard Garrett, and Deputy J. Rupe, hereby stipulate that the Defendants' Motion for

24  Summary Judgment presently scheduled to be heard on July 30, 2007, may be continued

25  to September 21, 2007, at 12:00 p.m., in Courtroom 3 of the United States District Court,

26  before the Honorable Oliver W. Wanger, U.S. District Judge. The plaintiff is requesting the

27  continuance of the motion because of the unavailability of his attorney.

28     In addition, the parties request that the pre-trial conference, currently scheduled for

1

1  July 30, 2007 be continued to September 26, 2007 at 12:00 p.m.  The parties request that
2  the pre-trial conference be continued to allow a determination of the motion for summary
3  judgment and so that it is held contemporaneously with the trial which is scheduled for
4  October 23, 2007.

6  Dated: July 26, 2007                              LAW FIRM OF JOSEPH H. LOW IV

8                                                              By /s/ Joseph H. Low, IV.
                                                                  Joseph H. Low IV
                                                                  Attorney for Plaintiff

10 Dated: July 26, 2007                              B. C. BARMANN, SR., COUNTY COUNSEL

12                                                              By /s/ Jennifer L. Thurston
                                                                  Jennifer L. Thurston, Deputy
                                                                  Attorneys for County of Kern, Kern County
13                                                              Sheriff's Department, Richard Garrett and
                                                                  James Rupe

16                                    **ORDER**

17     The Court having read the foregoing Stipulation and good cause appearing
18 therefore, IT IS HEREBY ORDERED that the Defendants' Motion for Summary Judgment
19 in this matter currently scheduled for July 30, 2007 is continued to September 21, 2007,
20 at 12:00 p.m. before the Honorable Oliver W. Wanger, U.S. District Judge.

21     In addition, IT IS HEREBY ORDERED that the pretrial conference, currently
22 scheduled for July 30, 2007, is continued to September 26, 2007 at 12:00 p.m. before the
23 Honorable Oliver W. Wanger, U.S. District Judge.

25 IT IS SO ORDERED.

26 **Dated:   July 27, 2007**                        /s/ Oliver W. Wanger
                                                                  UNITED STATES DISTRICT JUDGE

Stipulation and Order Continuing Defendants' Motion for Summary Judgment & PreTrial Conference