```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF CALIFORNIA


MATTHEW MONTAGUE,              )
                               )
            Plaintiff          )        1:06-cr-396 OWW
                               )
    v.                         )
                               )
COUNTY OF KERN,                )
                               )
            Defendant          )        ORDER TO SHOW CAUSE
_____)
```

   The parties shall show cause, if any they have, on Monday, November 19, 2007, at 10:00 a.m. why they should not be assessed fees and expenses of summoning, for appearance on October 9, 2007, a jury panel for the trial of this action.

IT IS SO ORDERED.

**Dated:  October 10, 2007**          /s/ Oliver W. Wanger
                                      UNITED STATES DISTRICT JUDGE

1