1  **B.C. BARMANN, SR., COUNTY COUNSEL**
   **COUNTY OF KERN, STATE OF CALIFORNIA**
2  **By Jennifer L. Thurston, Deputy (Bar # 191821)**
   **Administrative Center**
3  **1115 Truxtun Avenue, Fourth Floor**
   **Bakersfield, California 93301**
4  **Telephone:  (661) 868-3800**
   **Facsimile:   (661) 868-3805**
5
   **Attorney for Defendants, COUNTY OF KERN**
6  **KERN COUNTY SHERIFF'S DEPARTMENT,**
   **RICHARD GARRETT and JAMES RUPE**
7

8                **UNITED STATES DISTRICT COURT**

9                **EASTERN DISTRICT OF CALIFORNIA**

10

11  **MATTHEW MONTAGUE,**                  )   **CASE NO.  1:06-CV-00396-OWW-TAG**
                                           )
12                        **Plaintiff,**    )   **STIPULATION AND ORDER**
                                           )   **CONTINUING ORDER TO SHOW CAUSE**
13        **vs.**                           )
                                           )   **OSC:**               **Nov. 19, 2007**
14  **RICHARD GARRETT**                     )
                                           )   **Continued Date:**    **Nov. 26, 2007**
15                        **Defendants.**   )   **Time:**              **10:00 a.m.**
    _____    )   **Courtroom:**         **3**

16

17

18        Counsel for the plaintiff, Joseph H. Low IV,  Esq., and Jennifer L. Thurston, Deputy

19  County Counsel, for defendant Richard Garrett hereby stipulate that the Order to Show

20  Cause re: jury fees presently scheduled to be heard on November 19, 2007, may be

21  continued to November 26, 2007, at 10:00 a.m., in Courtroom 3 of the United States

22  District Court, before the Honorable Oliver W. Wanger, U.S. District Judge.

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

                                          1

1  The defendant is requesting the continuance because of the unavailability of his

2  attorney who will be out of the country on a pre-paid vacation.

3

4  Dated: October 23, 2007                    LAW FIRM OF JOSEPH H. LOW IV

5
                                             By  /s/ Joseph H. Low, IV
6                                               Joseph H. Low IV
                                                Attorneys for Plaintiff
7

8

9  Dated: October 23, 2007                    B. C. BARMANN, SR., COUNTY COUNSEL

10
                                             By  /s/ Jennifer L. Thurston
11                                              Jennifer L. Thurston, Deputy
                                                Attorneys for Richard Garrett
12

13                                    **ORDER**

14

15  The Court having read the foregoing Stipulation and good cause appearing

16  therefore, IT IS HEREBY ORDERED that the Order to Show Cause re: jury fees in this

17  matter currently scheduled for November 19, 2007 is hereby continued until November 26,

18  2007, at 10:00 a.m. before the Honorable Oliver W. Wanger, U.S. District Judge.

19

20  IT IS SO ORDERED.

21  **Dated:    November 7, 2007**            _____/s/ Oliver W. Wanger_____
                                             UNITED STATES DISTRICT JUDGE
22

23

24

25

26

27

28

2