IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MATTHEW MONTAGUE,** )<br>)<br>) <br>            **Plaintiff,**       )<br>)<br>     **vs.**              )<br>)<br>**COUNTY OF KERN, et al.,**  )<br>)<br>)<br>            **Defendant.**      )<br>)<br>_____ ) | No. CV-F-06-396 OWW/TAG<br><br>MEMORANDUM DECISION AND<br>ORDER DIRECTING PARTIES TO<br>REIMBURSE UNITED STATES<br>DISTRICT COURT FOR JURY FEES |

The parties were ordered to show cause why they should not be assessed fees and expenses incurred by the United States District Court for the Eastern District of California of summoning a jury panel for appearance on October 9, 2007 for trial of this action, by reason of the parties' failure to timely notify the Court of the settlement of the case. The parties appeared to show cause on November 26, 2007.

For the reasons stated at the hearing on November 26, 2007, and because no valid cause or justification has been shown, Plaintiff is ordered to pay three-quarters of those fees and

1  expenses and Defendant is ordered to pay one-quarter.
2       Pursuant to advice from the Jury Administrator for the
3  Eastern District of California, the fees and expenses paid for
4  the jury panel summoned in this action total $3,995.93.
5       Within 30 days of the filing date of this Memorandum
6  Decision and Order, the parties shall send checks made payable to
7  "Clerk, U.S. District Court", 2500 Tulare Street, Fresno, CA
8  93721.  Plaintiff's check shall be in the amount of $2,996.95.
9  Defendants' check shall be in the amount of $998.98.  Each check
10 shall bear the notation "jury reimbursement: No. CV-F-06-396".
11      IT IS SO ORDERED.
12 Dated:   November 29, 2007              /s/ Oliver W. Wanger
                                         UNITED STATES DISTRICT JUDGE