```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF CALIFORNIA


MATTHEW MONTAGUE,              )
                               )
          Plaintiff            )      1:06-cv-396 OWW
                               )
     v.                        )
                               )
COUNTY OF KERN, ET.AL.,        )
                               )
          Defendant            )   ORDER TO SHOW CAUSE AS TO
_____)   PLAINTIFF'S FAILURE TO PAY JURY
                                   FEES PER COURT ORDER
```

The plaintiff shall show cause, if any he has, on Monday, April 21, 2008, in Courtroom 3 of this court why he has not paid the jury reimbursement fees in the amount of $2,996.95, ordered by the court 11/29/2007.

IT IS SO ORDERED.

**Dated:   March 11, 2008**            /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE

1