```
                    UNITED STATES DISTRICT COURT

                   EASTERN DISTRICT OF CALIFORNIA
```

```
MATTHEW MONTAGUE,              )
                               )    1:06-CV-00396 OWW TAG
                               )
            Plaintiff,         )
                               )
      v.                       )    ORDER GRANTING DOCUMENT [60],
                               )    REQUEST FOR DISMISSAL OF
COUNTY OF KERN, ET.AL,         )    ENTIRE ACTION
                               )
                               )
            Defendant.         )
                               )
                               )
```

On October 11, 2007, the Court issued an order to show cause why the parties should not be assessed fees and expenses of summoning for appearance on October 9, 2007 a jury panel for trial in this action set to begin on said date.  The Court received notice from counsel the morning of October 9, 2007 this action settled over the holiday weekend, leaving the Court no opportunity to call off the jury panel.

November 26, 2007 the Court ordered the parties to pay the cost for the jury.  Defendant paid their portion 12/14/2007. Plaintiff paid his portion 6/6/2008.

Plaintiff's request for dismissal of the entire action with prejudice [60] filed November 1, 2007, is GRANTED, and the clerk's office is directed to close this case.

IT IS SO ORDERED.

**Dated:    July 28, 2008**                    **/s/ Oliver W. Wanger**

UNITED STATES DISTRICT JUDGE